**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01422-CV

**BANK OF THE WEST, Appellant**

**V.**

**TXS UNITED HOUSING PROGRAM, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04636**

## ORDER

This appeal was abated on October 8, 2013 to allow the trial court an opportunity to file findings of fact and conclusions of law. Because a supplemental clerk's record containing those findings and conclusions has now been filed, we **REINSTATE** the appeal and **ORDER** appellant to file any amended or supplemental brief by January 10, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE